Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Sanaz Rashidi, Stare Bar No. 271986
E-Mail: srashidi@hurrellcantrall.com
HURRELL CANTRALL LLP
700 South Flower Street, Suite 900
Los Angeles, California 90017-4121
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants COUNTY OF LOS ANGELES and SHERIFF LEE BACA

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF LOS ANGELES, SHERIFF LEE BACA, DEPUTY SAM, DOES 1 through 10 inclusive,<br><br>　　　　Defendants. | CASE NO. CV12-0488 R (SHx)<br><br>Assigned to District Judge Manuel Real<br>Courtroom: "8"<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT IN ITS ENTIRETY**<br><br>Date:　March 19, 2012<br>Time:　10:00 a.m.<br>Dept.:　8<br><br>Trial Date:　　　None |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

　　　　Defendants COUNTY OF LOS ANGELES and SHERIFF LEE BACA'S Motion to Dismiss, Motion to Strike, and Motion for a More Definite Statement came on regularly for hearing on March 19, 2012, at 10:00 a.m. in Courtroom "8" of the above-entitled Court, and the issue before the Court having been duly heard and considered, no just reason for delay of entry of judgment having been found, and a decision having been duly rendered, IT IS SO ORDERED AND ADJUDGED that:

/ / /

/ / /

1     (1) Plaintiff's Complaint is dismissed, without prejudice, as neither the
2 plaintiff nor the defendant officer are named in the Complaint. Plaintiff's action has
3 therefore failed to create any triable causes of action.

DATED: March 27, 2012          The Honorable Manuel Real
                                            UNITED STATES DISTRICT JUDGE

HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 700 South Flower Street, Suite 900, Los Angeles, California 90017-4121.

On March 23, 2012, I served true copies of the following document(s) described as **[PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT IN ITS ENTIRETY** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address mmeibodi@hurrellcantrall.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 23, 2012, at Los Angeles, California.

Melissa Meibodi

**SERVICE LIST**
**Jane Doe v. County of Los Angeles, et al.**
**Case No. CV12-0488 R (SHx)**

| | |
|---|---|
| Luis A. Carrillo, Esq.<br>LAW OFFICES OF LUIS A. CARILLO<br>1525 Fair Oaks Avenue<br>South Pasadena, CA. 91030<br>Tel: (626) 799-9375<br>Fax: (626) 799-9380<br>E-mail: lac4justice@gmail.com | *Attorneys for Plaintiff* |
| R. Ross Jacinto, Esq.<br>LAW OFFICES OF R. ROSS JACINTO<br>215 North Marengo Avenue, Suite 385<br>Pasadena, CA. 91101<br>Tel: (626) 304-7766<br>Fax: (626) 304-7765<br>E-mail: rtjacinto@aol.com | *Attorneys for Plaintiff* |

HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000