Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Sanaz Rashidi, Stare Bar No. 271986
E-Mail: srashidi@hurrellcantrall.com
HURRELL CANTRALL LLP
700 South Flower Street, Suite 900
Los Angeles, California 90017-4121
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

JS-6

Attorneys for Defendants COUNTY OF LOS ANGELES and SHERIFF LEE BACA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JANE DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>COUNTY OF LOS ANGELES, SHERIFF LEE BACA, DEPUTY SAM, DOES 1 through 10 inclusive,<br><br>        Defendants. | CASE NO. CV12-0488 R (SHx)<br><br>Assigned to District Judge Manuel Real<br>Courtroom: "8"<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT IN ITS ENTIRETY**<br><br>Date:  March 19, 2012<br>Time:  10:00 a.m.<br>Dept.:  8<br><br>Trial Date:          None |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:

Defendants COUNTY OF LOS ANGELES and SHERIFF LEE BACA'S Motion to Dismiss, Motion to Strike, and Motion for a More Definite Statement came on regularly for hearing on March 19, 2012, at 10:00 a.m. in Courtroom "8" of the above-entitled Court, and the issue before the Court having been duly heard and considered, no just reason for delay of entry of judgment having been found, and a decision having been duly rendered, IT IS SO ORDERED AND ADJUDGED that:

/ / /

/ / /

(1) Plaintiff's Complaint is dismissed, without prejudice, as neither the plaintiff nor the defendant officer are named in the Complaint. Plaintiff's action has therefore failed to create any triable causes of action.

DATED: March 27, 2012

The Honorable Manuel Real
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 700 South Flower Street, Suite 900, Los Angeles, California 90017-4121.

On March 23, 2012, I served true copies of the following document(s) described as **[PROPOSED] ORDER DISMISSING PLAINTIFF'S COMPLAINT IN ITS ENTIRETY** on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address mmeibodi@hurrellcantrall.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 23, 2012, at Los Angeles, California.

Melissa Meibodi

-3-

**SERVICE LIST**
**Jane Doe v. County of Los Angeles, et al.**
**Case No. CV12-0488 R (SHx)**

| | |
|---|---|
| Luis A. Carrillo, Esq.<br>LAW OFFICES OF LUIS A. CARILLO<br>1525 Fair Oaks Avenue<br>South Pasadena, CA.  91030<br>Tel:  (626) 799-9375<br>Fax: (626) 799-9380<br>E-mail: lac4justice@gmail.com | *Attorneys for Plaintiff* |
| R. Ross Jacinto, Esq.<br>LAW OFFICES OF R. ROSS JACINTO<br>215 North Marengo Avenue, Suite 385<br>Pasadena, CA.  91101<br>Tel:   (626) 304-7766<br>Fax:  (626) 304-7765<br>E-mail: rtjacinto@aol.com | *Attorneys for Plaintiff* |

HURRELL CANTRALL LLP
700 SOUTH FLOWER STREET, SUITE 900
LOS ANGELES, CALIFORNIA 90017-4121
TELEPHONE (213) 426-2000